UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., | Case No. 1:23-cv-02286 |
| Plaintiff, | Hon. Thomas M. Durkin |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | |
| Defendants. | |

## DECLARATION OF BUDAN LIU

I, Budan Liu, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration, which I make in support of Defendant Hangzhou Buda Water Treatment Equipment Co., Ltd. Motion to Dissolve TRO and Unfreeze Assets. If called as a witness, I could and would testify competently thereto.

2. I am the owner and manager of Defendant Hangzhou Buda Water Treatment Co., Ltd. The company is the registered owner and operator of the Amazon store account doing business under the brand "Cryspool" with Amazon Merchant ID#: A2ND4UZOIL2HFJ.

3. The product listings on Amazon did previously include a single reference to Plaintiff's "bestway" trademark, in a section providing information on product compatibility. The section included a disclaimer that the names used were for reference purposes only. The section also is clear that CRYSPOOL is an independent brand.

4. Plaintiff's trademark was used for the sole purpose of describing product compatibility and to provide customers with helpful information regarding both products.

1

Defendant's products are sold under its own brand name and does not use Plaintiff's trademarks at all.

5. On March 23, 2023, I removed the single reference to Plaintiff's trademark after realizing my mistake of confusing the words "compatible" and "comparable" as the same.

6. Currently, at least $239,178.89 is frozen in Defendant's Amazon account. Defendant's account is also restricted from selling on Amazon because of the TRO. Defendant cannot pay its employees and will soon be forced to close the business.

7. Before retaining Defendant's counsel, I attempted to communicate with Plaintiff's counsel by e-mail and explain the situation to them and that we do not sell counterfeit products, but Plaintiff was unwilling to cooperate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2023 at Hangzhou, China.

*BUDAN LIU*
Budan Liu